UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACHERY STORY (TDCJ No. 2240954), | § § § § § | |
| Plaintiff, | | |
| V. | § § § | No. 3:19-cv-1994-B |
| ELLIS COUNTY COURT 40TH DISTRICT, ET AL., | § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: October 29, 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE